Wednesday, June 18, 2014

Misc. No. 14–8019/MC.   Lawrence G. Hutchins III, Appellant v. Michael B. Richardson, Colonel, United States Marine Corps, In his official capacity as Military Judge, and United States, Appellees.   CCA 200800393.   On consideration of the writ-appeal petition, the motion for stay, and the motion for leave to add Appellee, it is ordered that said petition is hereby denied without prejudice to Appellant's right to raise the issues asserted during the course of normal appellate review, and the motion for stay and motion for leave to add Appellee are denied as moot.